IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2377-GPG

NICHOLAS MOLINAPALMA,

    Plaintiff,

v.

PATRICIA HUGHES, in her official capacity as medical provider,
TINA CULLYFORD, in her official capacity as medical provider,
ALVIN MASSENBURG, in his official capacity as medical provider,
NICOLE BLATNICK, in her official capacity as medical provider, and
WILLIAM WISE, in his official capacity as medical provider.

    Defendants.

## ORDER DRAWING CASE

The Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a presiding judge, and when applicable to a magistrate judge, D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge, and when applicable to a magistrate judge.

DATED March 2, 2016, at Denver, Colorado.

                                    BY THE COURT:

                                    Gordon P. Gallagher

United States Magistrate Judge